# EXHIBIT "A"

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY**
**CIVIL DIVISION**

CLARISSA MAHR,

Plaintiff,

vs.

CASE NO. 07 00530
DIVISION: DIVISION C

TOWN & COUNTRY HOSPITAL, LP,
a Foreign limited partnership,

Defendant.
_______________________________/

FILED
CLERK OF CIRCUIT COURT
2007 JAN 16 PM 2:46
HILLSBOROUGH CNTY, FL
CIRCUIT CIVIL

## COMPLAINT

**COMES NOW,** the Plaintiff, CLARISSA MAHR, by and through her undersigned attorneys, and sues Defendant, TOWN & COUNTRY HOSPITAL, LP, a Foreign limited partnership (hereinafter referred to as "TOWN & COUNTRY"), and alleges as follows:

## COMMON ALLEGATIONS

1. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorney's fees.

2. That at all times relevant hereto, the Defendant, d/b/a TOWN & COUNTRY HOSPITAL, was doing business in Tampa, Hillsborough County, Florida and is governed by Chapter 766 of the Florida Statutes.

3. The Plaintiff has completed all requirements of presuit screening pursuant to Chapter 766 and has satisfied all conditions precedent to the filing of this lawsuit.

4. At all times relevant hereto, the Plaintiff, CLARISSA MAHR, was a resident of

Hillsborough County, Florida.

## COUNT I

5. The Plaintiff reincorporates and realleges all of the allegations set forth above.

6. On or about February 17, 2005, the Plaintiff, CLARISSA MAHR, presented herself at TOWN & COUNTRY HOSPITAL, for a laparoscopic cholecystectomy for repair of hernias and lysis of adhesions.

7. The Plaintiff's surgeon requested "Gore-Tex" mesh, a medical device or implement used to secure repair of hernias and maintain the integrity of the soft tissues it supports.

8. In its place and without the surgeon's consent, the nurses and staff at TOWN & COUNTRY HOSPITAL, gave the surgeon a Kugel Hernia Patch, one with known defects and different from the patch requested by the surgeon.

9. A surgeon while in the midst of an operative procedure must be able to rely on the surgical staff to follow his orders regarding the products he wishes to utilize and notify him or her when the product he/she has requested is not available. The Kugel Hernia Patch given to the Plaintiff's surgeon was inappropriate and it was negligent for the nurses and staff of TOWN & COUNTRY HOSPITAL to have given the surgeon the wrong patch.

10. The Kugel mesh patch used subsequently failed and was otherwise not fit for the purposes it was used resulting in physical damage, bodily injury, infection, and additional open laparotomy for removal of infected mesh, lysis of adhesions and the repair of a bowel leak. The pathology report following the surgery did not identify the manufacturer of the mesh utilized.

11. The negligence of the nurses and staff of TOWN & COUNTRY HOSPITAL, was so grossly negligent, so as to impute malice.

12. As the result of the negligence of TOWN & COUNTRY HOSPITAL, the Plaintiff has been caused to suffer bodily injury, pain and suffering, medical and nursing care and treatment, permanent injury, loss of income, loss of earnings capacity, mental anguish and the Plaintiff's damages will continue into the future.

WHEREFORE, Plaintiff, CLARISSA MAHR, demands judgment, damages, and associated costs against the Defendant, TOWN & COUNTRY HOSPITAL, and hereby requests a trial by jury.

Dated: January 16, 2006

***Respectfully submitted,***

**THE LIMBEROPOULOS LAW FIRM, P.A.**

CHRIS M. LIMBEROPOULOS, ESQUIRE
Florida Bar Number: 341126
400 N. Ashley Drive, Suite 2150
Tampa, Florida 33602
(813) 875-1818 - Telephone
(813) 879-2368 - Facsimile
Attorneys for Plaintiff