IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CIVIL DIVISION

CLARISSA MAHR,

Plaintiff,

vs.

CASE NO. 07-CA-000530
DIVISION:

TOWN & COUNTRY HOSPITAL, LP,
a Foreign limited partnership,

Defendant.
_______________________________/

FILED
CLERK OF CIRCUIT COURT
2007 FEB 20 PM 1:20
HILLSBOROUGH CNTY
CIRCUIT CIVIL

**MOTION TO PRESERVE AND INSPECT REMNANTS OF THE DAVOL MESH REMOVED FROM PLAINTIFF**

**COMES NOW,** the Plaintiff, CLARISSA MAHR, by and through her undersigned attorneys, and files this her Motion to Preserve and Inspect the Remnants of the Davol Mesh Removed from the Plaintiff, and in support of said Motion, states as follows:

1. In controversy before the Court is the use of a Davol Mesh patch used for surgical hernia repair which had been on a product watch list and ultimately recalled by the manufacturer.

2. That Plaintiff's counsel's representative needs an opportunity to inspect the remnants of the mesh patch.

3. Plaintiff's counsel had previously requested an opportunity to inspect the remnants of the patch and has not been given access to the same.

WHEREFORE, Plaintiff, CLARISSA MAHR, requests that this Honorable Court grant her Motion to Preserve and Inspect the Remnants of the Davol Mesh Removed from the Plaintiff, and

requests such further relief as this Court deems just and equitable.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished by facsimile transmission and U.S. Mail on this 15th day of February, 2007 to Leslie Stine, Esquire, Saieva, Rousselle & Stine, P.A., 601 W. Swann Avenue, Suite B, Tampa, Florida 33606.

*THE LIMBEROPOULOS LAW FIRM, P.A.*

Chris M. Limberopoulos , Esquire
Florida Bar No.: 341126
400 N. Ashley Street, Suite 2150
Tampa, Florida 33602
(813) 875-1818 - telephone
(813) 879-2368 - facsimile
Counsel for Plaintiff