IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

CLARISSA MAHR,
Plaintiff

Case No 07-CA-000530

VS.

TOWN & COUNTRY HOSPITAL, LP,

Defendant

_______________________________________/

FILED
CLERK OF CIRCUIT COURT
2007 AUG 20 PM 4:12
HILLSBOROUGH CO. FL
CIRCUIT CIVIL

**MOTION TO DISMISS COUNTS I AND II OF THE AMENDED COMPLAINT**

DEFENDANT, TOWN & COUNTRY HOSPITAL, LP, by and through undersigned counsel, hereby moves to dismiss the Complaint on the grounds that the Complaint fails to state a cause of action as follows:

The Complaint attempts to allege a cause of action for breach of implied warranty of fitness for a particular purpose. FS 672. 315 codified the common law doctrine that an implied warranty of fitness for a particular purpose exists, if at the time of the contracting, the seller knows of any particular purpose exists, if at the time of the contracting, the seller knows of any particular purpose for which the goods are required and the buyer is relying on the seller's skill or judgment in selecting or furnishing the goods. The plaintiff has failed to allege sufficient facts to state a cause of action against the hospital for a products liability action. See NME Hospitals Inc., v. Azzariti, 573 So. 2d 173 (Fla 2nd DCA 1991) and North Miami General Hospital, Inc. v. Goldberg, 520 So. 2d 650 (Fla. 3rd DCA 1988).

WHEREFORE, Defendant prays the Complaint is dismissed.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail and Facsimile on this the 16th day of August, 2007, to Chris Limberopoulos, Esquire, 400 North Ashley

Street, Suite 2150, Tampa, Florida 33602.

Lesley Ann Stine, Esquire
FBN: 280100
Saieva, Rousselle & Stine, P.A.
601 W. Swann Avenue, Suite B
Tampa, Florida 33606
813-254-6122
813-254-1337 Facsimile