**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLARISSA MAHR,**

**Plaintiff,**

**v.** **Case No. 8:07-cv-1645-T-24TBM**

**TOWN & COUNTRY HOSPITAL, LP,**

**Defendant.**
**_____________________________________/**

**O R D E R**

THIS MATTER is before the court on Plaintiff's **Motion to Preserve and Inspect Remnants of the Davol Mesh Removed From Plaintiff** (Doc. 3). By her motion, Plaintiff seeks an Order directing that the Davol Mesh patch removed from her body be preserved and allowing her attorney access to the same. Defendant has failed to file a response in opposition, and thus, the motion is deemed unopposed. See M.D. Fla. R. 3.01(b).

Accordingly, it is **ORDERED** that Plaintiff's motion (Doc. 3) is **GRANTED**. Defendant shall preserve whatever remains of the Davol Mesh patch removed from the Plaintiff, and within twenty (20) days from the date of this Order, provide Plaintiff's counsel access to such for inspection.

**Done and Ordered** in Tampa, Florida, this 4th day of October 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record