ADMCLOSED, MDLOUT

**U.S. District Court**
**Middle District of Florida (Tampa)**
**CIVIL DOCKET FOR CASE #: 8:07-cv-01645-SCB-TBM**
**Internal Use Only**

| | |
|---|---|
| Mahr v. Town & Country Hospital, LP et al | Date Filed: 09/14/2007 |
| Assigned to: Judge Susan C Bucklew | Date Terminated: 10/19/2007 |
| Referred to: Magistrate Judge Thomas B. McCoun, III | Jury Demand: Both |
| Case in other court: 13th Judicial, Hillsborough County, Fl 01/16/07, 07-CA-530 | Nature of Suit: 362 Personal Inj. Med. Malpractice |
| Cause: 28:1332 Diversity-Personal Injury | Jurisdiction: Diversity |

Plaintiff

Clarissa Mahr

represented by Chris M. Limberopoulos
Limberopoulos Law Firm, PA*
Suite 2150
400 N Ashley Dr
Tampa, FL 33602
813/875-1818
Fax: 813/879-2368
Email: chrislimber@prodigy.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

Defendant

Town & Country Hospital, LP
*a Foreign limited partnership*

represented by Lesley Stine
Saleva, Rousselle & Stine, P.A.
601 W. Swann Ave., Suite B
Tampa, FL 33606
813/254-6122
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Thomas Saleva
Saleva, Rousselle & Stine, P.A.
800 West DeLeon Street
Tampa, FL 33606
813/254-6122
Fax: 813/254-1337
Email:
zebra17@tampabay.rr.com

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: [signature]
Deputy Clerk

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| Davol, Inc. | represented by | Dana Alan Gausepohl<br>Spriggs & Hollingsworth<br>1350 I Street N.W.<br>Washington, DC 20005<br>202/898-5800<br>Fax: 202/682-1639<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>John M. Kvartek<br>Clark, Partington, Hart, Larry, Bond & Stackhouse<br>125 W Romana St - Ste 800<br>PO Box 13010<br>Pensacola, FL 32591-3010<br>850/434-9200<br>Fax: 850/432-7340<br>Email: jkvartek@cphlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Kirby T. Griffis<br>Spriggs & Hollingsworth<br>1350 I Street N.W.<br>Washington, DC 20005<br>202/898-5800<br>Fax: 202-682-1639<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| C.R. Bard, Inc. | represented by | Dana Alan Gausepohl<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>John M. Kvartek<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Kirby T. Griffis<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2007 | 1 | NOTICE OF REMOVAL from 13th Judicial Circuit, Hillsborough County, Florida, case number 07-CA-530 filed in State Court on 01/16/07. Filing fee $ 350, receipt number T043043 filed by C.R. Bard, Inc., Davol, Inc. (Attachments: # 1 Exhibit A# 2 Exhibit C)(apv) (Entered: 09/17/2007) |
| 09/14/2007 | 2 | AMENDED COMPLAINT filed in State Court on 07/16/07 against C.R. Bard, Inc., Town & Country Hospital, LP, Davol, Inc. with Jury Demand filed by Clarissa Mahr.(apv) (Entered: 09/17/2007) |
| 09/14/2007 | 3 | MOTION to preserve and inspect remnants of the Davol Mesh removed from Plaintiff filed in State Court on 02/20/07 by Clarissa Mahr. (apv) (Entered: 09/17/2007) |
| 09/14/2007 | 4 | MOTION to dismiss Counts 1 and 2 of the Amended Complaint filed in State Court on 08/20/07 by Town & Country Hospital, LP. (apv) (Entered: 09/17/2007) |
| 09/14/2007 | 5 | CERTIFICATE of interested persons and corporate disclosure statement by C.R. Bard, Inc., Davol, Inc.. (apv) (Entered: 09/17/2007) |
| 09/14/2007 | 6 | Joinder and Consent to Removal by Town & Country Hospital, LP re 1 Notice of removal. (apv) (Entered: 09/17/2007) |
| 09/18/2007 | 7 | ENDORSED ORDER that Plaintiff is directed to file a response to 4 MOTION to dismiss Counts 1 and 2 of the Amended Complaint by 10/1/07. Signed by Judge Susan C Bucklew on 9/18/2007. (jd, ) (Entered: 09/18/2007) |
| 09/18/2007 | | (Court only) *** 3 MOTION to preserve and inspect remnants of the Davol Mesh removed from Plaintiff REFERRED to Magistrate Judge Thomas B. McCoun, III. (RFM) (Entered: 09/19/2007) |
| 09/19/2007 | | (Court only) ***COPIES mailed to Counsel: Dana Alan Gausepohl, Kirby T. Griffis, Lesley Stine; re [7] Order. (RFM) (Entered: 09/19/2007) |
| 09/20/2007 | 8 | ANSWER and affirmative defenses with Jury Demand to amended complaint by C.R. Bard, Inc., Davol, Inc. (Kvartek, John) Modified to remove repeated text on 9/21/2007 (RFM). (Entered: 09/20/2007) |
| 10/04/2007 | 9 | ORDER granting 3 Plaintiff's motion to preserve and inspect evidence. See Order for details. Signed by Judge Thomas B. |

| | | |
|---|---|---|
| | | McCoun III on 10/4/2007. (slb) (Entered: 10/04/2007) |
| 10/05/2007 | | (Court only) ***COPIES mailed to Counsel: Dana Alan Gausepohl, Kirby T. Griffis, Lesley Stine; re 9 Order on Motion. (RFM) (Entered: 10/05/2007) |
| 10/10/2007 | 10 | NOTICE of designation under Local Rule 3.05 - track 2 with Notie of Expected deadlines and Case management report made a part herein. Signed by Judge Susan C Bucklew on 10/10/2007. (ls ) (Entered: 10/10/2007) |
| 10/11/2007 | | (Court only) ***COPIES mailed to Counsel: Dana Alan Gausepohl, Kirby T. Griffis, Lesley Stine re 10 Related case order and notice of designation of track 2. (RFM) (Entered: 10/11/2007) |
| 10/15/2007 | 11 | NOTICE by C.R. Bard, Inc., Clarissa Mahr, Davol, Inc. *Town & Country Hospital* (Attachments: # 1 Exhibit Notice of Complaince w Court Order)(Saleva, Thomas) (Entered: 10/15/2007) |
| 10/15/2007 | 12 | DUPLICATE TO 11 NOTICE. LINK REMOVED. Modified on 10/16/2007 (RFM). (Entered: 10/15/2007) |
| 10/19/2007 | 13 | ENDORSED ORDER directing the Clerk to administratively close this case pending its transfer to Multi-District Litigation. The Clerk is directed to terminate the pending motions. Signed by Judge Susan C Bucklew on 10/19/2007. (jd, ) (Entered: 10/19/2007) |
| 10/19/2007 | | (Court only) ***CASE ADMINISTRATIVELY CLOSED. (RFM) (Entered: 10/22/2007) |
| 10/22/2007 | | (Court only) ***COPIES mailed to Counsel: Dana Alan Gausepohl, Kirby T. Griffis, Lesley Stine re [13] Order. (RFM) (Entered: 10/22/2007) |
| 10/26/2007 | 14 | MULTIDISTRICT LITIGATION panel order transferring case to: District of Rhode Island Transferee court case number: CA 07-1933 MDL case number: 1842 (jlh, ) (Entered: 10/26/2007) |